

1  KATHERINE JOHNSON (CA SBN 259934)
   CASPER J. RANKIN (CA SBN 249196)
2  JOSEPH C. DELMOTTE (CA SBN 259460)
   PITE DUNCAN, LLP
3  4375 Jutland Drive, Suite 200
   P.O. Box 17933
4  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
5  Facsimile: (619) 590-1385

**Signed: February 01, 2010**

_____
   **ALAN JAROSLOVSKY**
   **U.S. Bankruptcy Judge**
6  _____

7  Attorneys for  CHASE HOME FINANCE, LLC

8

9

10

11              UNITED STATES BANKRUPTCY COURT

12       NORTHERN DISTRICT OF CALIFORNIA - SANTA ROSA DIVISION

13  In re                          | Case No. 09-13745

14  BARBARA ROSE ,                 | Chapter 7

15                                 | R.S. No. JCD-18

16                                 | ORDER GRANTING MOTION FOR
17                                 | RELIEF FROM AUTOMATIC STAY

                                   | DATE:  January 28, 2010
18                                 | TIME:   9:00 a.m.

19
                                   | Northern District of California - Santa Rosa
20                                 | Division
                                   | United States Bankruptcy Court
21           Debtor(s).            | 99 South "E" Street
                                   | Santa Rosa, CA 95404-6524
22

23       The above-captioned matter came on for hearing on January 28, 2010 at 9:00 a.m., upon

24  the Motion of Chase Home Finance, LLC ("Movant"), for relief from the automatic stay of 11

25  U.S.C. § 362, to enforce its interest in the property of Barbara Rose  ("Debtor") commonly

26  known as 8813 W Hilton Avenue, Tolleson, Arizona  85353 (the "Real Property"), which is

27  legally described as follows:

28  /././

- 1 -

LOT 20, 91ST AVENUE AND LOWER BUCKEYE ROAD, ACCORDING TO BOOK 648 OF MAPS, PAGE 34, RECORDS OF MARICOPA COUNTY, ARIZONA.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1.      The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2.      Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3.      The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4.      Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5.      Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6.      Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor.  However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; and

7.      This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

Case 09-13745    Doc# 19    Filed: 02/01/10    Entered: 02/01/10 14:45:31    Page 2 of 2